**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES OF AMERICA                    CRIMINAL ACTION NO. 17-00313-01

VERSUS                                                          CHIEF JUDGE HICKS

OCTAVIUS D. WHITE (01)                          MAGISTRATE JUDGE HORNSBY

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed (Record Document 63), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant is found competent to stand trial.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 12th day of May, 2020.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT